1086

[No. 20363-8-III. Division Three. April 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE DANIELS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00861-0, Richard J. Schroeder, J., entered July 3, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 19959-2-III. Division Three. April 4, 2002.]

*In the Matter of the Personal Restraint of* CHRISTOPHER A. ORANGE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 19965-7-III. Division Three. April 4, 2002.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. KAISER ALUMINUM & CHEMICAL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-02601-8, Robert D. Austin, J., entered January 31, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ. Now published at 111 Wn. App. 771.

[No. 20360-3-III. Division Three. April 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN LEE BENEFIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00936-3, James M. Murphy, J., entered July 10, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ. Now published at 111 Wn. App. 789.